```
E. MARTIN ESTRADA
United States Attorney
DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division
AMANDA B. ELBOGEN (Cal. Bar No. 332505)
Assistant United States Attorney
Terrorism and Export Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-5748
     Facsimile: (213) 894-0141
     E-mail:    amanda.elbogen@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

FILED
CLERK, U.S. DISTRICT COURT
12/20/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___bm___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR 2:24-cr-00761-PA |
|---|---|
| Plaintiff, | [PROPOSED] ORDER SEALING INDICTMENT AND RELATED DOCUMENTS |
| v. | |
| WEIJUN ZHENG,<br>  aka "Sonic,"<br>HEXI WANG,<br>JIN LIU,<br>  aka "Mark,"<br>DONG LIN,<br>  aka "Liam,"<br>DANIEL ACOSTA HOFFMAN,<br>  aka "Slinks,"<br>JESSE JAMES ROSALES,<br>ANDY ESTUARDO CASTILLO PEREZ,<br>MARCK ANTHONY GOMEZ, and<br>GALVIN BIAO LIUFU,<br><br>          Defendants. | **(UNDER SEAL)** |

For good cause shown, IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the indictment and any related documents in the above-titled case (except the arrest warrants), the government's sealing application, and this

order shall be kept under seal until such time as the government files a "Report Commencing Criminal Action" in this matter.

12/20/2024
DATE

/s/
HONORABLE JEAN ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE

**OR IN CASE OF DENIAL:**

    The government's application for sealed filing is DENIED. The sealing application will be filed under seal. The underlying document(s) shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

_____      _____
DATE                                                    HONORABLE
                                                           UNITED STATES MAGISTRATE JUDGE