UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES – ARRAIGNMENT

| | |
|---|---|
| Case No. 2:24-cr-00761-PA | Date: 01/24/2025 |
| Present: The Honorable: Rozella A. Oliver, United States Magistrate Judge | |
| Interpreter: Penny Kole | Language: Mandarin |

| Eduardo Ramirez | 01/24/2025 | Amanda Elbogen and Colin Scott |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s) ✓ Present In Custody | Attorneys for Defendants: ✓ Present CJA |
|---|---|
| Galvin Biao Liufu | Curtis V Leftwich |

**Proceedings: Arraignment of Defendant and/or** ✓ Assignment of Case    Appointment of Counsel
Initial Appearance

\* Interpreter confirmed to be present in the courtroom assisting with interpretation. Name of interpreter: Penny Kole; Language: Mandarin
\* Court does not question defendant as to true name.
\* Defendant is arraigned under name on charging document.
\* Defendant acknowledges having read the charging document and discussed it with counsel.
\* Defendant pleads "not guilty" to all counts of the charging document.
\* This case is assigned to Judge Percy Anderson.
\* It is ordered that the following date(s) and time(s) are set: Jury Trial: 03/18/2025 8:30 AM
\* Counsel are directed to contact Judge Anderson's clerk with case information, interpreter requests, and custody status. Judge Anderson is located in 9A, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc: PSALA    PSAED    PSASA
    ✓ USMLA    USMED    USMSA          Initial Appearance/Appointment of Counsel: 00 : 00
    Statistics Clerk    ✓ Interpreter                              Arraignment: 00 : 03
    ✓ CJA Supervising Attorney    Fiscal          Initials of Deputy Clerk: ER by TRB